IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH F. BELL, Ph.D. | : |
| | : CIVIL ACTION NO. 3:17-cv-01725-UN4 |
| Plaintiff, | : |
| v. | : |
| KING'S COLLEGE, et al. | : |
| Defendants. | : |

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties hereby stipulate and agree to an additional extension of time, until January 2, 2018, for Defendants to respond to Plaintiff's Complaint. The original time to respond had previously been extended by Stipulation to December 19, 2017. The case has settled and we are currently awaiting execution of the agreement and payment. We will forward a stipulation dismissing the action once all the paperwork is completed.

| | |
|---|---|
| ELMAN TECHNOLOGY LAW, P.C. | O'HAGAN MEYER |
| *Joshua Waterston* | *Tamara Grimm* |
| Joshua D. Waterston, Esquire | Tamara S. Grimm, Esquire |
| I.D. No. 85346 | I.D. No 315600 |
| 12 Veterans Square | Two Logan Square, Suite 700 |
| Media, PA 19063 | 100 N. 18th Street |
| (610) 892-9942 | Philadelphia, PA 19103 |
| | (215) 569-2400 |
| *Counsel for Plaintiff Keith Bell, PhD* | *Counsel for Kings College & Jeffery Knarr* |

**APPROVED BY THE COURT:**

_____
MALACHY E. MANNION, J.