## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH F. BELL, Ph.D., | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 3:17-cv-01725-MEM |
| | : | |
| KING'S COLLEGE, | : | |
| | : | |
| -AND- | : | |
| | : | |
| JEFFERY KNARR, | : | |
|     Defendants. | : | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to the settlement reached in this action, it is stipulated and agreed by and among the parties that the above-styled and numbered case, including all claims, asserted by and against each and every party, is hereby DISMISSED with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), and that all claims in the above-styled and numbered cause, including, but not limited to, all counterclaims and claims for attorney's fees and costs, are also hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated:  January 2, 2018

                            Respectfully submitted,

                            s/ Joshua D. Waterston
                            Joshua D. Waterston (PA Bar #85346)
                            Elman Technology Law, P.C.
                            12 Veterans Square
                            Media, PA 19063
                            (610) 892-9942
                            Email: admin@elman.com
                            *Counsel for Plaintiff Dr. Keith Bell*

s/ Gerry J. Elman
Gerry J. Elman (PA Bar #12437)
Elman Technology Law, P.C.
12 Veterans Square
Media, PA 19063
(610) 892-9942
Email: admin@elman.com
*Counsel for Plaintiff Dr. Keith Bell*

s/ Tamara S. Grimm
Tamara S. Grimm, Esquire (PA Bar #315600)
Two Logan Square, Suite 700
100 N. 18th Street
Philadelphia, PA  19103
(215) 569-2400
*Counsel for Defendants King's College and Jeffery Knarr*

CERTIFICATE OF SERVICE

I, Joshua D. Waterston, Esquire, certify that on January 2, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was filed and served upon the following parties through the Court's Electronic Case Filing (ECF) system:

Tamara S. Grimm, Esquire
I.D. No. 315600
Two Logan Square, Suite 700
100 N. 18th Street
Philadelphia, PA  19103
(215) 569-2400

*Counsel for Defendants King's College and Jeffery Knarr*

s/ Joshua D. Waterston
Joshua D. Waterston (PA Bar #85346)
Elman Technology Law, P.C.
12 Veterans Square
Media, PA 19063
(610) 892-9942
Email: admin@elman.com

*Counsel for Plaintiff Dr. Keith Bell*